<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOMINIC PITOCCO, et al., | Civil Action No.: 07-4723 (JLL) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING** |
| | **NOVEMBER 30, 2009** |
| NOVARTIS PHARMACEUTICALS CORP., et al., | **REPORT AND RECOMMENDATION** |
| Defendants. | |

This Court referred Plaintiffs' motion to remand this matter to the Superior Court of New Jersey to the Honorable Claire C. Cecchi, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Cecchi filed a Report and Recommendation in connection with Plaintiffs' motion on November 30, 2009. Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

It is on this 17th day of December, 2009,

**ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi filed on November 30, 2009 [CM/ECF No. 24] is ADOPTED as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiffs' motion to remand this matter to the Superior Court of New Jersey [CM/ECF No. 18] is GRANTED.

/s/ Jose L. Linares
Jose L. Linares
United States District Judge
